Commonwealth *v.* Hayes, Appellant.

Submitted November 12, 1973. *Lavelle A. Wilson,* for appellant; *William L. Henry,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Howard, Appellant.

Submitted September 14, 1973. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.,* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.